UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RITA MICHELL NICHOLS,

    Plaintiff

v.                                                Case No. 5:15-cv-10792-JCO-RSW
                                                  Hon. John Corbett O'Meara

ROOSEN, VARCHETTI, & OLIVIER, PLLC,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S EX-PARTE MOTION TO EXTEND TIME AND ALLOW FOR SERVICE BY ALTERNATE MEANS

    This matter having come before this Honorable Court, upon the Plaintiff's Ex-Parte Motion to allow for service by alternate means, and the Court otherwise being fully advised in the premises;

    **IT IS ORDERED** that the Plaintiff shall serve the Defendant by sending a copy of the summons issued on March 4, 2015 to the Defendant along with a copy of the relevant complaint and exhibits to both the Defendant's resident agent at the mailing address listed with the State of Michigan and to Kathleen Klaus c/o Maddin Hauser Wartell Roth & Heller, P.C. at 28400 Northwestern Highway (Second Floor) in Southfield, Michigan 48034 within seven (7) days of the date of this order via regular mail.

    **IT IS FURTHER ORDERED** that the Plaintiff shall thereafter file a proof of service consistent with this order, and that service shall have been legally effectuated upon the Plaintiff's compliance with this order.

Date: April 20, 2015                                          s/John Corbett O'Meara
                                                                      United States District Judge

      I hereby certify that on April 20, 2015 a copy of this order was served upon the parties of record using the Court's ECF system.

s/William Barkholz<br>
Case Manager